CLAYTON (UNITED STATES v.). See Case No. 14,814.

CLAYTON, The JOHN E. See Case No. 7,-338.

C. L. B. REED, The (MANHATTAN FIRE INS. CO. v.). See Case No. 9,021.

## Case No. 2,873.

### CLEARY v. MARTZ.

[Cited in Austin v. O'Reilly, Case No. 664. Nowhere reported; opinion not now accessible.]